JS-6

G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
CHRISTINE HAMPSTEN-ABEL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE HAMPSTEN-ABEL,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>LEGAL RECOVERY LAW OFFICES, INC.; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.  12-cv-6270-DMG(AJWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS [38]** |

　　　　PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff CHRISTINE HAMPSTEN-ABEL against Defendants, LEGAL RECOVERY LAW OFFICES, INC.; and DOES 1 through 10, inclusive are dismissed, with prejudice. Plaintiff CHRISTINE HAMPSTEN-ABEL and Defendant LEGAL RECOVERY LAW OFFICES, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:   September 12, 2013        _____
　　　　　　　　　　　　　　　　　　Dolly M. Gee, U.S. District Judge

- 1 -
Stipulation and [Proposed] Order to Dismissal